UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GREGORY BOMBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:12-cv-01391-EFM-KMH |
| ) | |
| UNION PACIFIC RAILROAD COMPANY, ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective counsel, hereby jointly stipulate pursuant to Fed.R.Civ.P. 41(a) that this matter should be dismissed in its entirety, with prejudice, with each party to pay his or its own attorneys' fees and costs.

Respectfully submitted,

_/s/ Rick D. Holtsclaw_
Rick D. Holtsclaw
HOLTSCLAW & KENDALL, L.C.
2029 Wyandotte Str., Ste. 100
Kansas City, MO 64108
TEL: (816) 221-2555
FAX: (816) 221-2508
Email: rick@holtsclaw-kendall.com

_/s/ Randall Coffey_
J. Randall Coffey       KS Bar No. 22936
Gregory D. Ballew       KS Bar No. 17214
FISHER & PHILLIPS LLP
4900 Main Street, Suite 650
Kansas City, MO 64112
TEL: (816) 842-8770
FAX: (816) 842-8767
Email: rcoffey@laborlawyers.com
Email: gballew@laborlawyers.com
ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY